IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION
_____

MARCIA CASEY,

    Plaintiff,

v.                                                        Case No. 2:10-cv-2680-STA-tmp

CIRCLE K STORES, INC.,

    Defendants.

## NOTICE OF SETTLEMENT

    COME NOW the parties, through respective counsel, pursuant to Local Rule 83.13, and advise the Court that the above-captioned matter has been settled and compromised.

    The parties shall shortly enter a Consent Order of Dismissal with prejudice, each party to bear their own costs, including attorney fees.

                                                  Respectfully submitted,

                                                  s/ Brian L. Yoakum_____
                                                  Brian L Yoakum (TN Bar No. 024811)
                                                  Stephen H. Biller (TN Bar No. 007764)
                                                  The Biller Law Firm
                                                  1000 Ridgeway Loop Road, Suite 305
                                                  Memphis, Tennessee 38120
                                                  Phone: (901) 763-1800
                                                  byoakum@thebillerfirm.com
                                                  sbiller@thebillerfirm.com
                                                  *Attorneys for Defendant*

        s/ B.J. Wade_____
        B.J. Wade (TN Bar No. 005182)
        Skouteris & Magee, PLLC
        50 N. Front St., suite 920
        Memphis, Tennessee 38103
        (901)526-2254
        bwade@skouterismagee.com


        s/ Eric G. Calhoun_____
        Eric G. Calhoun
        Travis, Calhoun & Conlon, P.C.
        1000 Providence Towers East
        5001 Spring Valley Road
        Dallas, Texas 75244
        (972)-934-4100
        eric@travislaw.com

*Attorneys for Plaintiff*