IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION
_____

MARCIA CASEY, individually and on
behalf of all others similarly situated,

    Plaintiff,

v.                                                                                   No. 10-2680-STA-tmp

CIRCLE K STORES, INC.,

    Defendant.
_____

**CONSENT ORDER OF DISMISSAL WITH PREJUDICE**
_____

    It appears to the Court from statements of counsel for the respective parties that all matters in controversy between them have been settled and compromised. Therefore, this matter is hereby dismissed with prejudice.

    **IT IS SO ORDERED**.

                                    **s/ S. Thomas Anderson**
                                    S. THOMAS ANDERSON
                                    UNITED STATES DISTRCT JUDGE

                                    Date:  January 17, 2012

APPROVED:


s/ B.J. Wade
B.J. Wade (#05182)
26 N. Second Street
Memphis, Tennessee 38103
T: (901) 527-4673
F: (901) 521-0940
bwade@gewwlaw.com

Eric G. Calhoun
**TRAVIS, CALHOUN & CONLON, P.C.**
1000 Providence Towers East
5001 Spring Valley Road
Dallas, Texas 75244
T: (972) 934-4100
F: (972) 934-4101
eric@travislaw.com
*Attorneys for Plaintiff*


s/ Brian L. Yoakum
Brian L. Yoakum (#024811)
**THE BILLER LAW FIRM**
1000 Ridgeway Loop Road, Suite 305
Memphis, Tennessee 38120
T: (901) 763-1800
F: (901) 259-5380
byoakum@thebillerlawfirm.com
*Attorney for Defendant*